PATRICIA L. McCABE
California State Bar No. 156634
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406
Telephone: (818) 907- 9726
Facsimile: (818) 907-6384
E-mail: PLMCCABE@aol.com

Attorney for Plaintiff,
ALLEN BRASHER

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALLEN BRASHER, | Case No.: CV 09-04853 VBK |
| Plaintiff, | |
| v. | ORDER FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |
| MICHAEL J. ASTRUE, Commissioner, Social Security, | |
| Defendant. | Magistrate Judge: Victor B. Kenton |

Based upon the parties' Stipulation for Award of EAJA Fees (Stipulation), IT IS ORDERED that attorney fees be paid under the Equal Access to Justice Act (EAJA) in the amount of Four Thousand and 00/100 Dollars ($4,000.00), pursuant to 28 U.S.C. § 2412(d), and costs in the amount of One Hundred Seven and 74/100 Dollars ($107.74), pursuant to 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

IT IS SO ORDERED.

Date: _February 23, 2011__

_____/s/_____
UNITED STATES MAGISTRATE JUDGE